THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

FILADELFO GARCIA GARCIA,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)

No. CR26-035-JNW

ORDER TO EXPEDITE
SENTENCING

THE COURT has considered Filadelfo Garcia Garcia's stipulated motion to expedite sentencing along with the records in this case.

IT IS ORDERED that the sentencing hearing is rescheduled for April 9, 2026, at 10:30 a.m. The United States Probation Office shall prepare a presentence report by March 26, 2026.

DATED this 6th day of March 2026.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Andrew D. Kennedy*
Assistant Federal Public Defender

s/ *Christine Caceres*
Special Assistant United States Attorney

ORDER TO EXPEDITE SENTENCING
(*United States v. Garcia*, No. CR26-035-JNW) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**